UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SCOTT L. WALKER, JR., | Case No. 2:13-cv-01923-RFB-PAL |
| Plaintiff, | ORDER |
| v. | (Mot. Subst Party – Dkt. #32) |
| SPIKE'S TACTICAL, LLC, et al., | |
| Defendants. | |

Before the court is Plaintiff's Motion for Leave to Substitute Party Under F.R.C.P. 15 (Dkt. #32), and Errata (Dkt. #34).  No opposition to the motion has been filed and the time for filing an opposition has expired.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to Substitute Party Under F.R.C.P. 15 (Dkt. #32) is **GRANTED, and counsel shall have until September 9. 2014 to file an amended complaint substituting ProTeam Products for an unknown Roe named in the original complaint.**

DATED this 26th day of August, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE