DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile:  702.893.3789
Email: darrell.dennis@lewisbrisbois.com
Email: steven.abbott@lewsibrisbois.com

JEFFREY M. MALSCH, ESQ.
PISCIOTTI, MALSCH & BUCKLEY, P.C.
445 Hamilton Ave., Suite 1102
White Plains, New York 10601
Telephone: 914.287.7711
Facsimile:  914.287.7715
Email: jmalsch@pmblegalfirm.com

*Attorneys for Defendants
Bad Ass Tactical and
Spike's Tactical, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT L. WALKER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> SPIKE'S TACTICAL, LLC, a Florida Limited Liability Company; BAD ASS TACTICAL, a Utah Company; DOES 1 through 10; and ROE BUSINESS ENTITITES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:13-cv-01923 <br><br> STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED by Plaintiff SCOTT L. WALKER, JR., and Defendant SPIKE'S TACTICAL, LLC, and Defendant BAD ASS TACTICAL (collectively "Parties"), through their respective counsel of record as follows:

1. That the case shall be dismissed with prejudice, including all cross-claims, counter-claims, and third-party claims, with the Parties to bear their own individual costs and attorneys' fees.

2. That the **trial** scheduled in this matter shall be **VACATED**; and

3. That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

HEREBY STIPULATED BY THE FOLLOWING COUNSEL OF RECORD

DATED this 6 day of May, 2015.   DATED this 15th day of April, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP   BENSON & BINGHAM

DARRELL D. DENNIS. ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118

JEFFREY M. MALSCH, ESQ.
PISCIOTTI, MALSCH & BUCKLEY, P.C
445 Hamilton Ave., Suite 1102
White Plains, New York 10601
Telephone: 914.287.7711
Facsimile:  914.287.7715
jmalsch@pmblegalfirm.com

*Attorneys for Defendants Spike's Tactical, LLC, and Bad Ass Tactical*

BEN BINGHAM, ESQ.
Nevada Bar No. 7280
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
ben@bensonbingham.com
*Attorney for Plaintiff
Scott L. Walker, Jr.*

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the Parties by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the case be dismissed, with prejudice, including all cross-claims, counter-claims, and third-party claims, with the parties to bear their own individual costs and attorneys' fees; and it is further

**ORDERED, ADJUDGED AND DECREED** that the **trial** scheduled in this matter to shall be **VACATED**; and it is further

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2

**ORDERED, ADJUDGED AND DECREED**, that the Parties may obtain the return of their jury demand fees, if applicable, previously submitted to the Court.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of May, 2015.

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

DARRELL D. DENNIS, ESQ.
Nevada Bar No. 6618
STEVEN B. ABBOTT, ESQ.
Nevada Bar No. 10303
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

PISCIOTTI, MALSCH & BUCKLEY, P.C
JEFFREY M. MALSCH, ESQ.
(admitted Pro Hac)
445 Hamilton Ave., Suite 1102
White Plains, New York 10601
Telephone: 914.287.7711

*Attorneys for Defendants Bad Ass Tactical and Spike's Tactical, LLC*

